```
                        FILED          ENTERED
                        LODGED         RECEIVED
                             MAY 31 2000
                         CLERK...
                         DISTRICT OF MARYLAND
                                          DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GLENNA STICHER** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: CCB-96-2053 |
| **BAXTER HEALTHCARE CORP.,** et al., | * | |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION FOR
### ADMISSION PRO HAC VICE OF BARBARA A. MILNAMOW

Before this Court is Defendants' Motion for an Order admitting Barbara A. Milnamow, Esquire, an attorney in the law firm of Brobeck, Phleger & Harrison, LLP, located at 1633 Broadway, 47th Floor, New York, New York 10019, as co-counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.

For good cause shown, the Motion is GRANTED and the Clerk is directed to add Ms. Milnamow's name to that of all other counsel of record in this case.

IT IS SO ORDERED, on this 31st day of May, 2000.

_____
Catherine C. Blake, JUDGE
United States District Court For the District of Maryland

cc: Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
   Counsel for Plaintiff

Barbara A. Milnamow, Esquire
Laurie J. Sternberg, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
   Counsel for Baxter Healthcare
   Corporation and Baxter International
   Inc.

Carol L. Nicolette, Esquire
Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
   Counsel for Baxter Healthcare Corporation and
   Baxter International Inc.

278421