```
         FILED
    U.S. DISTRICT COURT
   DISTRICT OF MARYLAND

   2000 NOV -9  P 4: 05

   CLERK'S OFFICE
    AT BALTIMORE
   _____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLENNA STICHER

    Plaintiff,    *

v.    *    Civil Action No.: CCB-96-2053

BAXTER HEALTHCARE CORP.,    *
 et al.,
    *
    Defendants
*******************************************************************************

## PRAECIPE (STRIKING THE APPEARANCES OF BARBARA A. MILNAMOW AND LAURIE J. STERNBERG)

Please strike the appearances of Barbara A. Milnamow and Laurie J. Sternberg as attorneys of record for Defendants Baxter Healthcare Corporation and Baxter International Inc. Please retain the appearances of Bruce R. Parker and Bonnie J. Beavan as attorneys of record for Baxter Healthcare Corporation and Baxter International Inc. The full mailing address, telephone number and telecopier number for Mr. Parker and Ms. Beavan are set forth below:

    Bruce R. Parker, Esquire
    Bonnie J. Beavan, Esquire
    Goodell, DeVries, Leech & Gray, LLP
    One South Street, 20th Floor
    Baltimore, Maryland 21202
    (410) 783-4000 Telephone
    (410) 783-4040 Fax

*Granted*
*[signature]*
*USDJ 11-9-00*

Respectfully submitted,

*/s/ Bonnie J. Beavan*
Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of __November__, 2000, copies of this Praecipe (Striking The Appearances Of Barbara A. Milnamow And Laurie J. Sternberg) were mailed first-class, postage prepaid, to:

William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
    Counsel for Plaintiff

*/s/ Bonnie J. Beavan*
Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

302779

2