FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 NOV -9 P 4: 43

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLENNA STICHER | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: CCB-96-2053 |
| BAXTER HEALTHCARE CORP., et al., | * | |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

THIS MATTER is before the Court pursuant to the parties' submission of a Joint Motion for Entry of a Scheduling Order. After consideration of this matter, it is hereby ordered that the following deadlines and Court Trial date shall apply to this case.

## SCHEDULING ORDER

| | |
|---|---|
| Deadline for completion of negotiations with local and national counsel for defendants | January 15, 2001 |
| Deadline for completion of mediation | February 15, 2001 |
| Plaintiff's Identification of Experts, with Rule 26(a)(2) Reports | February 15, 2001 |
| Plaintiff identifies all video and written multi-district litigation ("MDL") deposition testimony to be offered at trial. All such testimony, whether to be offered in written or video form, shall be specified by page and line number | April 2, 2001 |
| Plaintiff identifies all MDL documents to be used as exhibits at trial (excluding demonstrative and composite exhibits), and produce copies of said documents for inspection and copying | April 2, 2001 |
| Date by which Plaintiff's Experts are Produced for Deposition | April 13, 2000 |
| Defendants' Identification of Experts, with Rule 26(a)(2) Reports | Aril 16, 2001 |
| Defendants provide objections and counter-designations to plaintiff's MDL deposition designations | May 1, 2001 |



| | |
|---|---|
| Defendants provide objections to plaintiff's MDL exhibits | May 1, 2001 |
| Defendants identify all video and written MDL deposition testimony to be offered at trial. All such testimony, whether to be offered in written or video form, shall be specified by page and line number from a written transcript | May 1, 2001 |
| Defendants identify all MDL documents to be used as exhibits at trial (excluding demonstrative and composite exhibits) and produces copies of said documents for inspection and copying | May 1, 2001 |
| Plaintiff provides objections and counter-designations to defendants' MDL deposition designations | May 15, 2001 |
| Date by which Defendants' Experts are Produced for Deposition | June 15, 2001 |
| All Fact Discovery Cut Off Date → Status Report Due | July 6, 2001 |
| Dispositive Pretrial Motions Deadline | August 1, 2001 |

The parties may not move to a later date the Dispositive Motions Deadline without prior permission of the Court. All other deadlines may be modified by mutual agreement of all parties, provided that the modification of the Scheduling Order is confirmed in written correspondence between the parties.

So ORDERED, this 9th day of November, 2000.

_____
The Honorable Catherine C. Blake
United States District Court for the District of Maryland

William F. Mulroney, Esquire
Michael E. Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel, LLP
2000 L Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiff

Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech &Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Counsel for Defendants, Baxter Healthcare Corporation and Baxter International Inc.

302482

2