IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLENNA STICHER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB-96-2053 |
| | ) | |
| BAXTER HEALTHCARE, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

All parties hereby stipulate that all of plaintiffs' claims in the above-captioned matter against defendants Bristol-Myers Squibb Company, Medical Engineering Corporation, Surgitek, Inc., Markham Medical International, Inc., Cooper Surgical, Inc. and The Cooper Companies, Inc. are DISMISSED WITH PREJUDICE.

_____
Michael E. Gallant
Ashcraft & Gerel, LLP
2000 L Street, N.W.
Suite 400
Washington, DC 20036
(202) 416-6310

Attorney for Plaintiff

_____
Richard A. Dean
Bar No. 22389
ARTER & HADDEN LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006
(202) 775-7100

Attorney for Defendants,
Bristol-Myers Squibb Company, Medical
Engineering Corporation, Surgitek, Inc.,
Markham Medical International, Inc., Cooper
Surgical, Inc. and The Cooper Companies, Inc.

Approved
12-5-00

DEC 5

_____
Bonnie J. Beavan
Goodell, DeVries, Leech & Gray LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000


_____
Laurie J. Sternberg
Brobeck, Phleger & Harrison LLP
1633 Broadway, 47th Floor
New York, NY 10019
(212) 581-1600

Attorneys for Defendants,
Baxter Healthcare Corp. and Baxter Int'l Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy on this 4th day of December, 2000, a copy of the foregoing Stipulation of Dismissal was mailed, first-class, postage prepaid, to Michael D. Gallant, Esquire, Ashcraft & Gerel, LLP, 2000 L Street, N.W., Suite 400, Washington, DC 20003, Attorney for Plaintiffs; and Bonnie J. Beavan, Esquire, Goodell, DeVries, Leech & Gray, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202 and Laurie J. Sternberg, Esquire, Brobeck, Phleger & Harrison LLP, 1633 Broadway, 47th Floor, New York, New York 10019, Attorneys for Defendants, Baxter Healthcare Corp. and Baxter Int'l Inc.

_____
Richard A. Dean

RAD/285492v1