IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLENNA STICHER | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: CCB-96-2053 |
| BAXTER HEALTHCARE CORP., et al., | * | |
| | * | |
| Defendants | | |

*******************************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel, hereby file this Stipulation of Dismissal With Prejudice of the above-referenced action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is hereby requested that the Court close this file and dismiss all claims with prejudice.

Respectfully submitted,

William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
(410) 539-1122
**Attorneys for Plaintiff**



_____
Bonnie J. Beavan, Esquire, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Attorneys for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

_____
Kenneth J. King
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019

**Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc.**

## AUTHORITIES

Rule 41(a)(1), Fed. R. Civ. P.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  10th  day of  May , 2001, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed, postage prepaid to:

Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
**Attorneys for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

Kenneth J. King, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
**Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc.**

_____
William F. Mulroney

3

**SO ORDERED** this _____ day of _____, 2001. This case is HEREBY DISMISSED WITH PREJUDICE.

_____
**JUDGE, United States District Court for the District of Maryland**

cc: William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
**Attorneys for Plaintiff**

Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
**Attorneys for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

Kenneth J. King, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
**Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc.**

326018